Matter of Attorneys in Violation of Judiciary Law § 468-a (Denn) (2025 NY Slip Op 05281)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Denn)

2025 NY Slip Op 05281

Decided on October 2, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 2, 2025

PM-215-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; Gavin Gerald Denn, Respondent. (Attorney Registration No. 3979838.)

Calendar Date:September 8, 2025

Before:Clark, J.P., Ceresia, Fisher, McShan and Powers, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
Tesser Ryan & Rochman, LLP, White Plains (Randall Tesser of counsel), for respondent.

Motion by respondent for an order reinstating him to the practice of law following his suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1029 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibit sworn to July 22, 2025 and the September 5, 2025 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, we have determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]). Notwithstanding his satisfaction of the substantive requirements for reinstatement, we direct respondent to (1) demonstrate his completion of one credit in the area of Diversity, Inclusion & Elimination of Bias (see Rules of App Div, All Depts [22 NYCRR] § 1500.2 [g]); and (2) provide proof of his compliance with this condition to both this Court and the Attorney Grievance Committee for the Third Judicial Department within 60 days of this Court's order. Accordingly, it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately, subject to the conditions set forth in this decision.
Clark, J.P., Ceresia, Fisher, McShan and Powers, JJ., concur.